**Opinion issued March 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00395-CV

————————————

**STELLA SALMERON AND CARLOS SALMERON, Appellants**

**V.**

**HEB GROCERY COMPANY LP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1177073**

---

## MEMORANDUM OPINION

Appellants, Stella Salmeron and Carlos Salmeron, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Appellants' brief was originally due on August 19, 2022. Appellants were granted multiple extensions of time to file their brief, with the last two orders notifying appellants that no further extensions would be granted. The last extension order granted appellants until August 15, 2023, to file their brief. After appellants failed to file their brief by the extended deadline and were notified that this appeal was subject to dismissal, appellants filed a motion on October 26, 2023, requesting an additional 160 days to file their brief. On October 31, 2023, our Court issued an order denying appellants' extension motion and informing appellants that the appeal would be dismissed unless they filed their brief within 10 days. Despite the denial of their extension motion and being informed that the appeal would be dismissed, appellants filed yet another extension motion on November 9, 2023, requesting an additional 90 days to file their brief.

To date, appellants have not filed a brief in this appeal. Accordingly, we deny appellant's pending extension motion and dismiss the appeal for want of prosecution. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.